```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA

TIMOTHY BOWMAN,                    :    CIVIL ACTION
                                   :    No. 15-1626
         Plaintiff,                :
                                   :
     v.                            :
                                   :
CAROLYN W. COLVIN, ACTING          :
COMMISSIONER OF SOCIAL SECURITY,   :
                                   :
         Defendant.                :
```

# O R D E R

**AND NOW**, this **3rd** day of **February, 2017**, after reviewing the Report and Recommendation of United States Magistrate Judge Elizabeth T. Hey (ECF No. 14), it is hereby **ORDERED** that:

    (1) The Report and Recommendation is **APPROVED** and **ADOPTED**;[1]

---

[1] The Court approves and adopts Judge Hey's Report and Recommendation primarily on the basis that, other than the choice to accord relatively little weight to the evaluation provided by Plaintiff's treating psychiatrist, Plaintiff identifies no specific errors in the Administrative Law Judge's analysis of the evidence. Given the ample record evidence supporting the Administrate Law Judge's decision--including that Plaintiff's longitudinal treatment was infrequent and conservative, he admittedly obtained some relief and improvement with medication, and his examiners observed largely unremarkable mental status findings with no serious cognitive deficits--this Court is not in a position to reweigh any evidence, including Plaintiff's treating psychiatrist's evaluation. See Hartranft v. Apfel, 181 F.3d 358, 360 (3d Cir. 1999) (instructing that a court is not to "set the Commissioner's decision aside if it is

  (3) Plaintiff's request for review is **GRANTED**;

  (4) This matter is **REMANDED** to the Commissioner for further review consistent with this Order; and

  (5) The Clerk of Court shall mark this case as **CLOSED**.

  **AND IT IS SO ORDERED.**

         <u>/s/ Eduardo C. Robreno</u>
         **EDUARDO C. ROBRENO,  J.**

---

supported by substantial evidence, even if [the court] would have decided the factual inquiry differently.").